<u>**NOT RECOMMENDED FOR PUBLICATION**</u>

No. 22-2092

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 19, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| JOY RAHAMAN, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | ON APPEAL FROM THE UNITED |
| ) | STATES DISTRICT COURT FOR |
| SPINE SPECIALIST OF MICHIGAN; ) | THE EASTERN DISTRICT OF |
| SPECIALTY SURGICAL CENTER, ) | MICHIGAN |
| ) | |
| Defendants-Appellees. ) | |
| ) | |

<u>O R D E R</u>

Before: McKEAGUE, GRIFFIN, and NALBANDIAN, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Joy Rahaman filed a civil action against Spine Specialists of Michigan ("SSM") and Specialty Surgical Center ("SSC") in October 2022. When the defendants did not file responsive pleadings, the clerk issued entries of default against them. SSM and SSC thereafter moved to have the entries of default set aside. On November 30, 2022, a magistrate judge issued a report that recommended granting those motions. The report also recommended denying a motion for default judgment filed by Rahaman and denying in part a motion to dismiss filed by SSM. On December 5, 2022, Rahaman filed a notice of appeal from the magistrate judge's report.

No. 22-2092
- 2 -

We lack jurisdiction over this appeal. The magistrate judge's order was initially reviewable by a judge of the district court, not this Court. *See* 28 U.S.C. § 636(b)(1); *Ambrose v. Welch*, 729 F.2d 1084, 1085 (6th Cir. 1984) (per curiam).

It is therefore ordered that the appeal is **DISMISSED** for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk